# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PHYLLIS WISE,**          **CASE NO. 2:07-cv-046**
                          **CRIM. NO. 2:05-cr-080(2)**
                          **JUDGE MARBLEY**
    **Petitioner,**        **MAGISTRATE JUDGE KEMP**

**v.**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## OPINION AND ORDER

On December 26, 2007, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    **IT IS SO ORDERED.**

                                                                   s/Algenon L. Marbley
                                                                  ALGENON L. MARBLEY
                                                                United States District Judge